THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a case scheduling order (Dkt. No. 21). The motion is DENIED. No party has demanded a jury trial.

DATED this 30th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
