THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for case scheduling order (Dkt. No. 25). The motion is GRANTED. The Court ORDERS the following case management dates:

| | |
|---|---|
| Deadline for joining additional parties | September 6, 2019 |
| Deadline for amending pleadings | September 6, 2019 |
| Deadline for expert testimony disclosure | November 8, 2019 |
| Deadline for rebuttal expert disclosures and reports | December 9, 2019 |
| Deadline to file discovery motions | January 17, 2020 |

| Discovery completion deadline | February 14, 2020 |
| --- | --- |
| Deadline to hold settlement conference | March 4, 2020 |
| Deadline to file dispositive motions | March 17, 2020 |
| Deadline to complete Local Civil Rule 39.1 mediation | April 3, 2020 |
| Plaintiff's pretrial statement due | May 6, 2020 |
| Deadline to file motions *in limine* | May 7, 2020 |
| Deadline to issue and serve trial subpoenas | May 8, 2020 |
| Deadline to exchange deposition designations | May 14, 2020 |
| Defendants' pretrial statement due | May 18, 2020 |
| Deadline to exchange objections and cross-designations to deposition designations | May 22, 2020 |
| Deadline for conference of counsel regarding joint pretrial order | May 26, 2020 |
| Agreed pretrial order due | June 5, 2020 |
| Deadline to exchange objections to deposition cross-designations | June 5, 2020 |
| Deadline to file deposition designations (complete transcript with all designations highlighted and video designations must include a copy of the video) | June 11, 2020 |
| Trial briefs and trial exhibits due | June 11, 2020 |
| Bench trial date (5-day estimate) | June 15, 2020 |

//

//

//

1       DATED this 28th day of June 2019.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk