THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, and KATRINA GLOGOWSKI, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend expert disclosure deadlines (Dkt. No. 33). Having reviewed the motion, the Court GRANTS the motion and ORDERS that (1) the deadline for expert testimony disclosure is January 7, 2020, and that (2) the deadline for rebuttal expert disclosures and reports is January 31, 2020. All other deadlines, including the trial date, shall remain the same.

//

//

//

//

MINUTE ORDER
C19-0074-JCC
PAGE - 1

1       DATED this 30th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk