THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, and KATRINA GLOGOWSKI, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend case deadlines (Dkt. No. 37). The Court hereby GRANTS the motion and ORDERS the parties to adhere to the following case deadlines:

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline for expert testimony disclosure | January 7, 2020 | March 9, 2020 |
| Deadline for rebuttal expert disclosures and reports | January 31, 2020 | March 31, 2020 |
| Deadline to file discovery motions | January 17, 2020 | March 17, 2020 |
| Discovery completion deadline | February 14, 2020 | April 14, 2020 |

MINUTE ORDER
C19-0074-JCC
PAGE - 1

|  |  |  |
|---|---|---|
| Deadline to hold settlement conference | March 4, 2020 | May 4, 2020 |
| Deadline to file dispositive motions | March 17, 2020 | May 18, 2020 |
| Deadline to complete Local Civil Rule 39.1 mediation | April 3, 2020 | June 2, 2020 |
| Plaintiff's pretrial statement due | May 6, 2020 | July 6, 2020 |
| Deadline to file motions in limine | May 7, 2020 | July 6, 2020 |
| Deadline to issue and serve trial subpoenas | May 8, 2020 | July 7, 2020 |
| Deadline to exchange deposition designations | May 14, 2020 | July 13, 2020 |
| Defendants' pretrial statement due | May 18, 2020 | July 17, 2020 |
| Deadline to exchange objections and cross designations to deposition designations | May 22, 2020 | July 21, 2020 |
| Deadline for conference of counsel regarding joint pretrial order | May 26, 2020 | July 27, 2020 |
| Agreed pretrial order due | June 5, 2020 | August 4, 2020 |
| Deadline to exchange objections to deposition cross-designations | June 5, 2020 | August 4, 2020 |
| Deadline to file deposition designations (complete transcript with all designations highlighted and video designations must include a copy of the video) | June 11, 2020 | August 10, 2020 |
| Trial briefs and trial exhibits due | June 11, 2020 | August 10, 2020 |
| Bench trial date (5-day estimate) | June 15, 2020 | August 17, 2020 |

//

1     DATED this 24th day of December 2019.

2                                                       <u>William M. McCool</u>
Clerk of Court

3

                                                      <u>s/Tomas Hernandez</u>
4                                                       Deputy Clerk

MINUTE ORDER
C19-0074-JCC
PAGE - 3