THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, and KATRINA GLOGOWSKI, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion to continue scheduling order deadlines (Dkt. No. 51). The Court hereby GRANTS the motion and ORDERS that the following deadlines are continued through June 22, 2020:

1. Deadline for expert testimony disclosure;

2. Deadline for rebuttal expert disclosures and reports;

3. Deadline to file discovery motions;

4. Discovery completion deadline;

5. Deadline to hold settlement conference;

6. Deadline to file dispositive motions; and

MINUTE ORDER
C19-0074-JCC
PAGE - 1

7. Deadline to complete Local Civil Rule 39.1 mediation.

The Court further ORDERS the parties to submit a joint status report on June 22, 2020, proposing new deadlines.

DATED this 23rd day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
