THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A., | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GLOGOWSKI LAW FIRM, PLLC d/b/a ALLEGIANT LAW GROUP, and KATRINA GLOGOWSKI, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 54). Having thoroughly reviewed the status report and finding good cause, the Court ORDERS that the parties adhere to the deadlines on the following page. The parties requested that the Court appoint a magistrate judge to conduct a judicial settlement conference on June 25, 2021. (*See* Dkt. No. 54 at 2.) The Court declines to schedule a judicial settlement conference at this time, but the parties may renew their request for a judicial settlement conference within 90 days of the date on which the parties wish to hold the conference.

//

//

MINUTE ORDER
C19-0074-JCC
PAGE - 1

| DEADLINE | DATE |
|---|---|
| Fact Witness Deposition Deadline | September 30, 2020 |
| Expert Testimony Disclosure | October 30, 2020 |
| Rebuttal Expert Disclosures and Reports | November 20, 2020 |
| Expert Deposition Deadline | December 31, 2020 |
| Discovery Motions Deadline | December 31, 2020 |
| Discovery Deadline | December 31, 2020 |
| Dispositive Motions Deadline | January 25, 2021 |

DATED this 10th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
