THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| US BANK NA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GLOGOWSKI LAW FIRM PLLC,<br><br>                    Defendant. | CASE NO. C19-0074-JCC<br><br>ORDER |

The parties requested appointment of a settlement judge to preside over a settlement conference in their June 2020 joint status report. (Dkt. No. 54 at 2.) The parties recently contacted the Court renewing this request. They have previously attempted private mediation but were unable to resolve their dispute. (*Id.*)

This case is REFERRED to the Honorable S. Kate Vaughan, U.S. Magistrate Judge, for a settlement conference that the parties are ORDERED to attend. Within seven days of this order, the parties must contact Judge Vaughan's chambers to schedule the conference. The clerk is DIRECTED to provide a copy of this order to Judge Vaughan.

//
//
//
//

ORDER
C19-0074-JCC
PAGE - 1

DATED this 19th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE