THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| US BANK NA, | CASE NO. C19-0074-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GLOGOWSKI LAW FIRM PLLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case settled following a referral to the Honorable S. Kate Vaughan, United States Magistrate Judge, for a settlement conference. (*See* Dkt. Nos. 103, 105.) Accordingly, it is hereby ORDERED that within 30 days, they must file a stipulated notice of dismissal without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why the case should not be dismissed with prejudice based on the settlement.

DATED this 22nd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0074-JCC
PAGE - 1